No. 89–612.  OTTAVIANI ET AL. *v.* STATE UNIVERSITY OF NEW YORK AT NEW PALTZ ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–618.  BRUNO ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–657.  CALABRO *v.* PENNSYLVANIA WORKMEN'S COMPENSATION APPEAL BOARD (ROCKWELL INTERNATIONAL).  Pa. Commw. Ct.  Certiorari denied.

No. 89–659.  ELECTRO-TECH, INC. *v.* H. F. CAMPBELL CO. ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 89–660.  ENGEL *v.* CITY OF STOCKTON, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–661.  TWENTIETH CENTURY FOX FILM CORP. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–663.  MAYER *v.* CHESAPEAKE INSURANCE CO. LTD. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–667.  LOFTIS *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–669.  GOAD *v.* GOAD.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 89–670.  ZAPP ET AL. *v.* UNITED TRANSPORTATION UNION.  C. A. 7th Cir.  Certiorari denied.

No. 89–673.  YIAMOUYIANNIS *v.* THOMPSON ET AL.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 89–676.  PEARSON ET UX. *v.* DUCK.  C. A. 6th Cir.  Certiorari denied.

No. 89–678.  POLING *v.* MURPHY ET AL.  C. A. 6th Cir.  Certiorari denied.